**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                                    CASE NO: 6:07-cr-37-ACC-GJK

WOODY DANIEL FRANKLIN

------

**ORDER AND NOTICE
OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 95), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on May 17, 2022.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered May 17, 2022 (Doc. No. 95), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **TUESDAY, June 21, 2022, at 10:15 A.M.**, at the George C. Young U.S. Courthouse & Federal

Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Marshals Service
United States Probation Office